1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  AHKEEM WILLIAMS,                         CASE NO. 1:12-cv-00606-SKO PC

10                    Plaintiff,            ORDER DENYING MOTION FOR RE-
                                            SERVICE AS MOOT
11       v.
                                            (Doc. 33)
12  KIM PEDRIERO, et al.,

13                    Defendants.
                                     /
14

15       Plaintiff Akheem Williams, a state prisoner proceeding pro se and in forma pauperis, filed

16  this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012.  On May 24, 2013, Plaintiff

17  filed a motion seeking an order directing the United States Marshal to initiate re-service on

18  Defendant Stephens aka Steps.

19       In light of the Court's order directing re-service, filed on May 17, 2013, Plaintiff's motion

20  is DENIED as moot.

21

22  IT IS SO ORDERED.

23  **Dated:   May 31, 2013**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28