1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

AHKEEM WILLIAMS,                                CASE NO. 1:12-cv-00606-SKO PC

                    Plaintiff,                  ORDER DENYING MOTION FOR RE-
                                                SERVICE AS MOOT
        v.
                                                (Doc. 33)
KIM PEDRIERO, et al.,

                    Defendants.
_____/

        Plaintiff Akheem Williams, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012.  On May 24, 2013, Plaintiff filed a motion seeking an order directing the United States Marshal to initiate re-service on Defendant Stephens aka Steps.

        In light of the Court's order directing re-service, filed on May 17, 2013, Plaintiff's motion is DENIED as moot.


IT IS SO ORDERED.

**Dated:    May 31, 2013**                     **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

1