# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO PC |
| Plaintiff, | ORDER STRIKING NOTICE |
| v. | (Doc. 37) |
| KIM PEDRIERO, et al., | |
| Defendants. | |

Plaintiff Akheem Williams, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012. This action is proceeding against Defendants Garcia, Valdiz, Cortez, Silva, Castro, Day, Stephens,[1] Collier, Torres, Delia, and Tordson for use of excessive physical force, in violation of the United States Constitution.

On June 27, 2013, Plaintiff filed what is entitled "Motion for Erratum." The filing is a notice that the date set forth in Plaintiff's interrogatories should have been March 1, 2011, rather than May 1, 2011.

Discovery is to be conducted between the parties without court involvement unless a dispute or other issue necessitating intervention arises. If Plaintiff wishes to correct an error in his interrogatories, he needs to inform Defendants' counsel of the error by letter. The error does not

---

[1] Identified as Stevens in the complaint and corrected by Plaintiff in his notice filed November 29, 2012.

concern the Court until and unless it becomes the subject of a dispute which is properly before the Court (e.g., a motion to compel).

Accordingly, Plaintiff's notice is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **July 15, 2013**                              **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE