# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT STEPS |
| v. | |
| KIM PEDRIERO, et al., | (Doc. 44) |
| Defendants. | |

On August 19, 2013, Defendant Steps filed an answer to Plaintiff's complaint. Accordingly, application of the discovery and scheduling order filed on March 12, 2013, is HEREBY EXTENDED to Defendant Steps.

IT IS SO ORDERED.

Dated: **August 20, 2013**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE