1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8
9

10  AHKEEM WILLIAMS,                              Case No.  1:12-cv-00606-SKO PC

11          Plaintiff,                           ORDER DENYING MOTION TO COMPEL
                                                 RESPONSE TO INTERROGATORIES, SET
12      v.                                       TWO, AND REQUESTS FOR ADMISSION,
                                                 SET ONE, AS PREMATURE
13  KIM PEDRIERO, et al.,
                                                 (Doc. 46)
14          Defendants.

15  _____/

16

17      Plaintiff Akheem Williams, a state prisoner proceeding pro se and in forma pauperis, filed

18  this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012.  This action is proceeding

19  against Defendants Garcia, Valdiz, Cortez, Silva, Castro, Day, Stephens, Collier, Torres, Delia,

20  and Tordson for use of excessive physical force, in violation of the United States Constitution.

21      On August 23, 2013, Plaintiff filed a third motion to compel.[1] Fed. R. Civ. P. 37(a).

22  Defendants filed an opposition on September 3, 2013.  Local Rule 230(*l*).

23      Plaintiff seeks to compel a response to his interrogatories, set two, and requests for

24  admission, set one.  Defendants oppose the motion on the ground that they timely served their

25  responses on August 21, 2013.

26  ///

27

28  _____
[1] Plaintiff also filed a fourth motion to compel on September 16, 2013, and two "Pitchess" motions on September 9, 2013, and September 30, 2013.  Those motions have not yet been submitted under Local Rule 230(*l*).

NAVIGATION

1     Pursuant to the discovery and scheduling order, parties have forty-five days from the date

2  of service of discovery requests within which to respond.   In addition, Federal Rule of Civil

3  Procedure 6(d) provides for three days for mailing.  Plaintiff failed to provide a proof of service by

4  mail, as is required, but assuming arguendo that his discovery requests were served by mail on the

5  same day he dated them, which was July 18, 2013, Defendants had until September 5, 2013, to

6  serve their responses by mail.  Fed. R. Civ. P. 6(a), (d); Discovery/Scheduling Order, ¶2.

7     Plaintiff's motion to compel was prematurely filed on August 23, 2013, and it is, therefore,

8  HEREBY DENIED.

9

10

11  IT IS SO ORDERED.

12     Dated:    **October 2, 2013**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28