# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No.  1:12-cv-00606-SKO PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S *PITCHESS* MOTION AND RELATED FILINGS |
| v. | |
| KIM PEDRIERO, et al., | (Docs. 48, 49, 52, and 60) |
| Defendants. | |

Plaintiff Akheem Williams, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012.  This action is proceeding against Defendants Garcia, Valdiz, Cortez, Silva, Castro, Day, Stephens, Collier, Torres, Delia, and Tordson for use of excessive physical force, in violation of the United States Constitution.

On September 9, 2013, Plaintiff filed a *Pitchess* motion.  On September 11, 2013, Plaintiff sent a letter regarding his *Pitchess* motion, which was filed.  On September 30, 2013, Plaintiff filed a motion for leave to file a *Pitchess* motion.  Defendants filed a response on September 30, 2013.  Plaintiff filed another letter regarding his *Pitchess* motion on October 7, 2013.

California law provides a statutory process under which a party may file a motion seeking discovery or disclosure of peace or custodial officer personnel records.  Cal. Evid. Code § 1043. Motions filed in accordance with this process are commonly referred to as *Pitchess* motions. *Rezek v. Superior Court*, 206 Cal.App.4th 633, 638-39, 141 Cal.Rptr.3d 891, 894-95 (Cal. Ct. App. 2012) (citing *Pitchess v. Superior Court*, 11 Cal.3d 531, 522 P.2d 305 (Cal. 1974)).

This is a federal civil rights lawsuit being litigated in federal court, and the Federal Rules of Civil Procedure apply. A *Pitchess* motion is improper and will not be recognized in this court. Plaintiff is required to serve Defendants directly with discovery requests as governed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 26, 34. If Plaintiff is dissatisfied with Defendants' responses, or if they fail to respond, he may file a motion to compel. Fed. R. Civ. P. 37. Assuming both parties comply with the appropriate procedures, the Court will weigh the potential benefits of personnel record disclosure against the potential disadvantages. *Sanchez v. City of Santa Ana*, 936 F.3d 1027, 1033-34 (9th Cir. 1985).

Based on the foregoing, Plaintiff's *Pitchess* motion and related filings are HEREBY DENIED. (Docs. 48, 49, 52, 60.)

IT IS SO ORDERED.

Dated:   **October 25, 2013**                               **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE