1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No.  1:12-cv-00606-SKO PC |
| Plaintiff, | ORDER DENYING MOTION TO COMPEL, WITHOUT PREJUDICE, AS PROCEDURALLY DEFICIENT |
| v. | |
| KIM PEDRIERO, et al., | (Doc. 50) |
| Defendants. | |
| _____/ | |

16

17

18

19

Plaintiff Akheem Williams, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012.  This action is proceeding against Defendants Garcia, Valdiz, Cortez, Silva, Castro, Day, Stephens, Collier, Torres, Delia, and Tordson for use of excessive physical force, in violation of the United States Constitution.

20

21

On September 16, 2013, Plaintiff filed a motion to compel.  Defendants filed a response on October 1, 2013.

22

23

24

25

26

27

Plaintiff's motion to compel is not supported by copies of the discovery requests in dispute and Defendants' responses, if any.  By order filed October 3, 2013, Plaintiff was placed on notice of the need to support his motions to compel with copies of the discovery requests at issue and the responses, if any.  (Doc. 57.)  The Court recognizes that Plaintiff did not have the benefit of that order at the time he filed this motion to compel, but nevertheless, the Court cannot reach the merits of Plaintiff's motion in light of its procedural deficiencies.

28

*///*

1       Accordingly, Plaintiff's motion to compel, filed on September 16, 2013, is HEREBY

2 DENIED, without prejudice.

3

4

IT IS SO ORDERED.

5

6     Dated:   **October 25, 2013**             **/s/ Sheila K. Oberto**

7                            UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28