# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>KIM PEDRIERO, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-00606-SKO PC<br><br>ORDER VACATING HEARING SET FOR DECEMBER 11, 2013, AT 9:30 A.M. AND CONTINUING APPLICATION OF LOCAL RULE 230(L)<br><br>(Doc. 75) |

Defendants filed a motion to strike Plaintiff's amended complaint on November 8, 2013, and it is set for hearing on December 11, 2013, at 9:30 a.m.  Pursuant to Local Rule 230(g), the motion shall be submitted upon the record without oral argument.

Further, in accordance with the Court's general practice in cases such as this, Local Rule 230(*l*) shall continue to apply despite Plaintiff's release from custody.[1]

IT IS SO ORDERED.

    Dated:  **December 2, 2013**     **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 230(*l*), Plaintiff's opposition is due on or before December 5, 2013, Fed. R. Civ. P. 6(a), (d), and Plaintiff is no longer entitled to rely upon the prison mailbox rule to establish timely filing, *Douglas v. Noelle*, 567 F.3d 1103, 1107 (9th Cir. 2009).