# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIM PEDRIERO, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:12-cv-00606-SKO PC<br><br>ORDER DENYING MOTION TO COMPEL PRODUCTION OF VIDEOTAPES AND PROVIDING PLAINTIFF THIRTY DAYS WITHIN WHICH TO RESPOND TO DEFENDANTS' REQUEST FOR REASONABLE EXPENSES<br><br>(Doc. 62) |

　　　　Plaintiff Akheem Williams ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012.  This action is proceeding against Defendants Garcia, Valdez, Cortez, Silva, Castro, Day, Stepp, Collier, Torres, Delia, Jr., and Tordsen ("Defendants") for use of excessive physical force, in violation of the United States Constitution.

　　　　On October 15, 2013, Plaintiff filed a timely motion to compel production of videotapes.  Defendants filed an opposition on October 30, 2013, and the motion has been submitted upon the record.  Local Rule 230(*l*).

　　　　Plaintiff seeks an order compelling the production of videotapes from events on November 4, 2010, March 1, 2011, and July 29, 2011.  Fed. R. Civ. P. 37(a).  Defendants oppose the motion on the ground that no videotapes exist, and they seek the assessment of reasonable expenses on the basis that Plaintiff's motion is frivolous.  Fed. R. Civ. P. 37(a)(5).

Plaintiff's motion to compel is denied.  Despite Plaintiff's contention that he received no responses to his requests for discovery, Defendants have provided evidence that Plaintiff was informed via discovery responses that no videotapes were located.  Plaintiff's motion is not accompanied by any argument or evidence which would support a finding that Defendants' discovery responses were evasive or untruthful, and in the absence of evidence to the contrary, he is required to accept Defendants' responses that no tapes were located.

If a motion to compel is denied, the Court shall require the movant to pay the party who opposed the motion its reasonable expenses incurred in opposing the motion, including attorney's fees.  Fed. R. Civ. P. 37(a)(5)(B) (quotation marks omitted).  Before doing so, the Court must provide an opportunity to be heard and the Court shall not order payment if circumstances make an award of expenses unjust.  Fed. R. Civ. P. 37(a)(5)(B) (quotation marks omitted).  In this case, Defendants seek attorney's fees in the amount of $360.00, incurred in opposing Plaintiff's motion to compel.  Plaintiff shall have thirty days within which to respond.

Accordingly, based on the foregoing, it is HEREBY ORDERED that (1) Plaintiff's motion to compel production of videotapes is DENIED, and (2) Plaintiff has **thirty (30) days** from the date of service of this order within which to file a response to Defendants' request for reasonable expenses.

IT IS SO ORDERED.

Dated:   **December 4, 2013**               /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

2