# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER ADDRESSING RESPONSE |
| v. | (Doc. 82) |
| KIM PEDRIERO, et al., | |
| Defendants. | |

Plaintiff Akheem Williams ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012. This action is proceeding against Defendants Garcia, Valdez, Cortez, Silva, Castro, Day, Stepp, Collier, Torres, Delia, Jr., and Tordsen ("Defendants") for use of excessive physical force, in violation of the United States Constitution.

On December 4, 2013, the Court issued an order striking Plaintiff's three motions to compel for failure to comply with a prior order requiring Plaintiff to include a proof of service with all future filings stating service was effected on Defendants' counsel. On December 19, 2013, Plaintiff filed a response stating that he submitted proofs of service with his filings, although he may have erred in filling them out correctly.

In an order filed on October 3, 2013, Plaintiff was provided with a proof of service form and warned that all future filings must be accompanied by a completed proof of service. Plaintiff

was also instructed, in plain language, how to fill out the form.  As such, Plaintiff's attempt to excuse his noncompliance based on his pro se status is unpersuasive.  Plaintiff's subsequent filings were out of compliance with the October 3, 2013, order and they were appropriately stricken.

Accordingly, Plaintiff's response is deemed ADDRESSED, and to the extent it may be construed as seeking reconsideration, it is HEREBY DENIED, with prejudice.  Fed. R. Civ. P. 60(b); Local Rule 230(j).

IT IS SO ORDERED.

Dated:   **March 18, 2014**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE