# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER DENYING UNTIMELY MOTION TO COMPEL |
| v. | (Doc. 84) |
| KIM PEDRIERO, et al., | |
| Defendants. | |

Plaintiff Akheem Williams ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012. This action is proceeding against Defendants Garcia, Valdez, Cortez, Silva, Castro, Day, Stepp, Collier, Torres, Delia, Jr., and Tordsen ("Defendants") for use of excessive physical force, in violation of the United States Constitution.

On February 5, 2014, Plaintiff filed a motion to compel. Defendants filed an opposition on February 25, 2014.[1] The motion has been submitted upon the record without oral argument. Local Rule 230(*l*).

The deadline for the completion of all discovery was November 12, 2013, and Plaintiff's motion to modify the scheduling order was denied on December 4, 2013. Fed. R. Civ. P. 16(b)(4).

///
///

---

[1] Defendants' request for sanctions will be addressed by separate order.

1 | (Docs. 18, 78.)  Accordingly, Plaintiff's motion to compel is HEREBY DENIED as untimely.

IT IS SO ORDERED.

Dated:    **March 17, 2014**                            **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE