# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER DENYING FOIA MOTION |
| v. | (Doc. 85) |
| KIM PEDRIERO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Akheem Williams ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012. This action is proceeding against Defendants Garcia, Valdez, Cortez, Silva, Castro, Day, Stepp, Collier, Torres, Delia, Jr., and Tordsen ("Defendants") for use of excessive physical force, in violation of the United States Constitution.

On February 5, 2014, Plaintiff filed a motion entitled "Motion for Freedom of Information Act." Defendants filed an opposition on February 15, 2014.[1] The motion has been submitted upon the record without oral argument. Local Rule 230(*l*).

While Plaintiff is not precluded from seeking records directly from Kings County, to the extent authorized under state law, the Freedom of Information Act ("FOIA") applies to federal agencies, and where applicable, relief is not initiated via filing a "FOIA motion" in a pending case.

---

[1] Defendants' request for sanctions will be addressed by separate order.

5 U.S.C. § 552.  There are procedures which apply under FOIA and they do not include seeking relief directly from the federal court in the first instance, in contravention of statutory requirements.[2]

Accordingly, Plaintiff's "FOIA motion" is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **March 17, 2014**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff's FOIA request appears directed at remedying what Plaintiff believes is Defendants' failure to provide discovery.  However, the deadline for the completion of all discovery was November 12, 2013.  (Doc. 18.)