# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER DENYING PETITION FOR WRIT OF MANDAMUS |
| v. | (Doc. 86) |
| KIM PEDRIERO, et al., | |
| Defendants. | |

Plaintiff Akheem Williams ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012. This action is proceeding against Defendants Garcia, Valdez, Cortez, Silva, Castro, Day, Stepp, Collier, Torres, Delia, Jr., and Tordsen ("Defendants") for use of excessive physical force, in violation of the United States Constitution.

On February 5, 2014, Plaintiff filed a petition for writ of mandamus. Defendants filed an opposition on February 25, 2014. The motion has been submitted upon the record without oral argument. Local Rule 230(*l*).

Plaintiff's petition fails as a matter of law. The All Writs Act provides that "[t]he Supreme Court and all courts established by Act of Congress may issue all writs necessary or appropriate in the aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a). While a writ of mandamus may be issued under the All Writs Act,

"[m]andamus is a 'drastic and extraordinary remedy reserved for really extraordinary causes.'" *Hernandez v. Tanninen*, 604 F.3d 1095, 1099 (9th Cir. 2010) (quoting *Cheney v. U.S. Dist. Court for Dist. of Columbia*, 542 U.S. 367, 380, 124 S.Ct. 2576, 2586 (2004)).  In addition to jurisdictional issues arising from Plaintiff's desire for a federal writ directed at county officials, *see Cheney*, 542 U.S. at 380, 124 S.Ct. at 2586 (section 1651(a) codified the common-law writ of mandamus against a lower court); *Demos v. U.S. Dist. Court for Eastern Dist. of Washington*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) (no jurisdiction to issue writ to a state court), Plaintiff cannot demonstrate (1) the absence of any other adequate means to attain relief and (2) a clear and indisputable right to the issuance of the writ, *Cheney*, 542 U.S. at 380-81, 124 S.Ct. at 2587.

Plaintiff is actually attempting to obtain discovery.  However, the deadline for the completion of all discovery was November 12, 2013, and his motion for modification of the scheduling order was denied on December 4, 2013, thereby barring him from seeking relief under Federal Rule of Civil Procedure 37.  (Doc. 18.)

Plaintiff is not entitled to mandamus relief and his petition is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **March 18, 2014**                **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE