# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER PROVIDING PLAINTIFF THIRTY DAYS WITHIN WHICH TO RESPOND TO DEFENDANTS' REQUEST FOR REASONABLE EXPENSES INCURRED IN OPPOSING MOTION TO COMPEL |
| v. | |
| KIM PEDRIERO, et al., | |
| Defendants. | (Docs. 84 and 87) |
| | ORDER DENYING DEFENDANTS' MOTION FOR REASONABLE EXPENSES INCURRED IN OPPOSING FOIA MOTION |
| | (Docs. 85 and 88) |

Plaintiff Akheem Williams ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012. This action is proceeding against Defendants Garcia, Valdez, Cortez, Silva, Castro, Day, Stepp, Collier, Torres, Delia, Jr., and Tordsen ("Defendants") for use of excessive physical force, in violation of the United States Constitution.

In separate orders issued concurrently with this order, the Court denied Plaintiff's motion to compel and Plaintiff's Freedom of Information Act ("FOIA") motion. Defendants opposed both motions and they seek reasonable attorney's fees incurred in opposing the motions. Fed. R. Civ. P. 37.

If a motion to compel is denied, the Court shall require the movant to pay the party who opposed the motion its reasonable expenses incurred in opposing the motion, including attorney's fees. Fed. R. Civ. P. 37(a)(5)(B) (quotation marks omitted). Before doing so, the Court must provide an opportunity to be heard and the Court shall not order payment if circumstances make an award of expenses unjust. Fed. R. Civ. P. 37(a)(5)(B) (quotation marks omitted). In this case, Defendants seek attorney's fees in the amount of $360.00, incurred in opposing Plaintiff's motion to compel filed on February 5, 2014. Plaintiff shall have thirty days within which to respond.

With respect to the FOIA motion, while it lacked merit, it was not a motion to compel and it was not construed as such. Therefore, Defendants are not entitled to recover expenses under Rule 37(a)(5)(B).

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff has **thirty (30) days** from the date of service of this order within which to file a response to Defendants' request for reasonable expenses in the amount of $360.00, incurred in opposing his most recent motion to compel; and

2. Defendants' request for reasonable expenses in opposing Plaintiff's FOIA motion is DENIED.

IT IS SO ORDERED.

Dated:   **March 18, 2014**                         /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE