# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIM PEDRIERO, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-00606-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY DEFENDANTS $360.00 WITHIN THIRTY DAYS<br><br>(Doc. 79) |

　　　　Plaintiff Akheem Williams ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012. This action is proceeding against Defendants Garcia, Valdez, Cortez, Silva, Castro, Day, Stepp, Collier, Torres, Delia, Jr., and Tordsen ("Defendants") for use of excessive physical force, in violation of the United States Constitution.

　　　　On December 4, 2013, the Court denied Plaintiff's motion to compel and provided Plaintiff thirty days within which to respond to Defendants' request for reasonable expenses in the amount of $360.00, incurred in opposing the motion. Fed. R. Civ. P. 37(a)(5)(B). Plaintiff did not file a response.

　　　　Plaintiff's motion to compel was not substantially justified and there exist no other circumstances making an award of expenses unjust. Fed. R. Civ. P. 37(a)(5)(B). Accordingly, it is HEREBY ORDERED that:

1.    Plaintiff has **thirty (30) days** from the date of service of this order within which to pay Defendants $360.00;[1] and

2.    The failure to comply with this order may result in the imposition of sanctions, including dismissal of this action.

IT IS SO ORDERED.

Dated:   **March 18, 2014**                    **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] If Plaintiff pays by check or money order, it should be made payable to Weakley & Arendt, LLP. (Doc. 83, Def. Notice, 2:8-9.)