# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No.  1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED FILING |
| v. | (Doc. 98) |
| KIM PEDRIERO, et al., | |
| Defendants. | |

On April 8, 2014, Plaintiff Akheem Williams, who is proceeding pro se in this action, filed a letter notifying the Court of his change of address to the Kings County Jail.[1]  However, the letter was not signed.  Filings must include the original signature of the filing party, Fed. R. Civ. P. 11(a); Local Rule 131, and all documents submitted without the required signature are stricken, Doc. 3, First Informational Order, ¶2.

In light of Plaintiff's failure to sign his filing, it is HEREBY ORDERED STRICKEN from the record, which renders it a nullity.

IT IS SO ORDERED.

Dated:   **April 10, 2014**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The letter did not include a booking or identification number, which in the Court's experience is required for the delivery of mail to inmates.  This deficiency was previously pointed out in the order filed on March 24, 2014.