# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | (Doc. 101) |
| KIM PEDRIERO, et al., | RESPONSE DEADLINE: 09/22/2014 |
| Defendants. | |

This civil rights action brought pursuant to 42 U.S.C. § 1983 is set for jury trial on December 2, 2014, and pursuant to the second scheduling order filed on June 19, 2014, Plaintiff Ahkeem Williams was required to file his pretrial statement on or before September 8, 2014. Plaintiff failed to comply with or otherwise respond to the order.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall show cause on or before **September 22, 2014**, why this action should not be dismissed, with prejudice, for failure to prosecute and failure to obey a court order; and

2. **The failure to respond to this order will result in dismissal of this action, with prejudice.**

IT IS SO ORDERED.

Dated:   **September 12, 2014**          **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE