1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| 10  AHKEEM WILLIAMS, | Case No.  1:12-cv-00606-SKO (PC) |
| 11         Plaintiff, | ORDER STRIKING UNSIGNED FILING AND EXTENDING RESPONSE DEADLINE |
| 12     v. | TO SEPTEMBER 29, 2014 |
| 13  KIM PEDRIERO, et al., | (Doc. 103) |
| 14         Defendants. | |

15

16      On September 22, 2014, Plaintiff Akheem Williams, who is proceeding pro se in this

17  action, filed a response to the order to show cause filed on September 12, 2014.  However, the

18  response was not signed.  Filings must include the original signature of the filing party, Fed. R.

19  Civ. P. 11(a); Local Rule 131, and all documents submitted without the required signature are

20  stricken, Doc. 3, First Informational Order, ¶2.

21      In light of Plaintiff's failure to sign his filing, it is HEREBY ORDERED STRICKEN from

22  the record, which renders it a nullity, and the order to show cause response deadline is extended to

23  September 29, 2014.

24
25  IT IS SO ORDERED.

26  Dated:   __September 22, 2014__          _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE

27
28