# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF COPY OF DOCKET |
| v. | (Doc. 115) |
| KIM PEDRIERO, et al., | |
| Defendants. | |

On January 12, 2015, Plaintiff Akheem Williams, a prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a notice of change of address and status request. In response to Plaintiff's status request, the Clerk's Office is HEREBY DIRECTED to send Plaintiff a copy of the docket.

IT IS SO ORDERED.

Dated:   **January 13, 2015**                    **/s/ Sheila K. Oberto**
                                                 UNITED STATES MAGISTRATE JUDGE