# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ADDRESS AND DENYING MOTION FOR RECONSIDERATION, WITH PREJUDICE |
| v. | |
| KIM PEDRIERO, et al., | (Doc. 120) |
| Defendants. | |

This action was filed on April 17, 2012, pursuant to 42 U.S.C. § 1983 by Akheem Williams ("Plaintiff"), a prisoner proceeding pro se. On October 17, 2014, the case was dismissed, with prejudice; and on October 27, 2014, Plaintiff's motion for reconsideration was denied, with prejudice. On May 14, 2015, Plaintiff filed what the Court construes as another motion for reconsideration.

Plaintiff's motion sets forth no grounds entitling him to relief from either the dismissal or the order denying his prior motion for reconsideration, with prejudice. Fed. R. Civ. P. 60(b); Local Rule 230(j); *Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009); *Harvest v. Castro*, 531 F.3d 737, 749 (9th Cir. 2008); *U.S. v. Westlands Water Dist.*, 134 F.Supp.2d 1111, 1131 (E.D.Cal. 2001). Motions for reconsideration are not vehicles by which parties may repeatedly seek relief from an order, relying on arguments which are new but which are not based on new facts or evidence. *Marlyn Nutraceuticals, Inc.*, 571 F.3d at 880. Any further motions for reconsideration filed by Plaintiff will be summarily denied.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall change Plaintiff's address of record to:
   Ahkeem Williams
   #065397-2
   DSH - Atascadero
   P. O. Box 7001
   Atascadero, CA 93423-7001; and

2. Plaintiff's motion for reconsideration is HEREBY DENIED, with prejudice.

IT IS SO ORDERED.

Dated:   **May 26, 2015**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

2