# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KIM PEDRIERO, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-00606-SKO (PC)<br><br>ORDER DENYING MOTION AND DIRECTING CLERK'S OFFICE TO WORK UP MOTION FOR CERTIFICATE OF APPEALABILITY AS A NOTICE OF APPEAL<br><br>(Doc. 122) |

This civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Akheem Williams, a former state prisoner proceeding pro se, was dismissed on October 17, 2014, with prejudice. On July 14, 2015, Plaintiff filed a document entitled "Motion: Certificate of Appealability."

A certificate of appealability must be obtained to appeal a decision in a habeas proceeding; it has no application in this civil rights case. 28 U.S.C. § 2253(c)(1)(A); *Miller-El v. Cockrell*, 537 U.S. 322, 335-36, 123 S.Ct. 1029 (2003). However, given the case history, Plaintiff's pro se status, and his current commitment to Atascadero State Hospital, the interests of justice are best served by construing the filing as a notice of appeal. Accordingly, Plaintiff's motion for a

///
///
///
///
///

certificate of appealability is DENIED as unnecessary, and the Clerk's Office shall work up the motion as a notice of appeal.

IT IS SO ORDERED.

Dated:  **July 27, 2015**                                          **/s/ Sheila K. Oberto**
                                                                                         UNITED STATES MAGISTRATE JUDGE