# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. | |
| KIM PEDRIERO, et al., | (Doc. 123) |
| Defendants. | |

On July 14, 2015, Plaintiff Akheem Williams, a former state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed a motion seeking the appointment of counsel. This case is closed and there exist no grounds for the appointment of counsel by this Court. 28 U.S.C. § 1915(e)(1); *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981). If Plaintiff wishes to seek the appointment of counsel on appeal, he must file a motion with the appellate court. By separate order, the Court directed the Clerk's Office to work up Plaintiff's motion for a certificate of appealability as a notice of appeal.

///
///
///
///
///

Accordingly, Plaintiff's motion for the appointment of counsel by this Court is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **July 27, 2015**  /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE