# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS, | Case No. 1:12-cv-00606-SKO (PC) |
| Plaintiff, | Appeal No. 15-16509 |
| v. | ORDER DENYING MOTION FOR TRANSCRIPT AND DIRECTING CLERK'S OFFICE TO SERVE ORDER ON NINTH CIRCUIT |
| KIM PEDRIERO, et al., | |
| Defendants. | (Doc. 129) |

Plaintiff Ahkeem Williams, a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 17, 2012. This action was dismissed on October 17, 2014, and Plaintiff's appeal is currently pending before the United States Court of Appeals for the Ninth Circuit. On September 10, 2015, Plaintiff filed a motion seeking transcripts. Plaintiff also requests that the Court send the appellate court a copy of the docket, and he seeks copies of merits-related documents.

There are no transcripts in this case, as all proceedings were on the written record. *See* 28 U.S.C. §§ 753(f), 1915(c). Moreover, it is unnecessary for the Court to send a copy of the docket to the appellate court; it has full access to the electronic record in this case. Finally, Plaintiff's request for copies of documents which relate not to the issue on appeal but to the merits of his case is denied. *See* Circuit Rules 30-1.4, 30-1.5, 30-3.

///

For the foregoing reasons, Plaintiff's motion is HEREBY ORDERED DENIED and the Clerk's Office shall serve a courtesy copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated: **September 14, 2015**          /s/ **Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE

2